Nathaniel Odum
Plaintiff

v

Matthew Santerre #437
Steven Olivas #480
defendants

Docket No. _____
Demand Jury Trail

FILED
DEC 12 2023
Clerk of Tippecanoe County

## Complaint for Damages

Nathaniel Odum, pro se, respectfully submit this complaint seeking damages against Matthew Santerre #437, Steven Olivas #480 Lafayette police officers, arresting me on a warrantless arrest inside of my Home at 1201 Cincinnati street Apt 3 & using accessive force to do so violating my 4 & 14 Amendment to the United States constitution

## Jurisdiction

This Court has Jurisdiction under 42 §1983 & § 1343 USC, by virtue of fourteenth Amendment to the United States constitution

## Cause of Action

The defendants matthew Santerre #437, Steven Olivas #480 acting under color of state law & institutional policy as police officers of Lafayette Police department willfully & Negligently forced me out of my apartment violating my 4 & 14 Amendments arresting without probable cause unreasonable search & seizure use of excessive force city of Lafayette for fostering a policy which resulted in the constitutional violations by the police force exceptional circumstances to justify warrantless search [ probable cause exist for warrantless arres

is fundmentally a factual analysis that must be performed by the officers at the scene Absent exigent circumstances that threshold may not reasonably be crossed without a warrant" Payton V. New York 445 US 573, 590, 100 S.CT 1571, 1382, 63 L.Ed 2d 639 (1980)

## Statement of facts

1) ON January 29, 2023 the plaintiff, Nathaniel Odum was forced out of his Home by Police officers Matthew Santerre #437, & Steven Olivas #480 without a warrant for his arrest.

2) I was called out of his Home on a bull Horn told to raise his hands in the air & walk backwards until he reached Matthew Santerre #437, Then was told I was detained but I was not free to leave & was Taken to Tippecanoe county Jail.

3) Officer Olivas #480 informed shift command of his use of force to make the arrest.

## relief sought

4) Wherefore the Plaintiff Nathaniel Odum demands a Judgmental damages in the form of monetary damages for the amount of $250,000.00 with cost & interest; and all other further relief the court deems proper declaratory Judgment physical abuse under 8 Amendment of th US constitution    This being 8 day of Nov

Nathaniel Odum
Nathaniel Odum
2640 Duncan Road
Lafayette IN 47904