UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| NATHANIEL BERNARD ODUM, | |
| Plaintiff, | |
| v. | No. 4:24 CV 6 |
| MATTHEW SANTERRE, *et al.*, | |
| Defendants. | |

### O R D E R

Nathaniel Bernard Odum, a prisoner without a lawyer, was ordered to show cause why this case should not be dismissed as abandoned because mail sent to his last known address was returned undeliverable. *Odum v. Santerre*, 4:24-cv-001 (N.D. Ind. filed January 3, 2024), DE # 12; DE # 14. The Court acknowledged that if he was not at the address on the docket, the order was unlikely to reach him. However, it was possible he would attempt to determine the status of this case by visiting the Clerk's office (if he had been released from custody) or by checking the online docket, in which case this order would alert him that he needed to take action before the harsh sanction of dismissal was imposed. In addition, if the order was returned to the Clerk as undeliverable, that would serve as further confirmation that he did not provide his current address. Thus, the court believed the show cause order was appropriate notwithstanding the likelihood that it would not reach him. As it turned out, it did not reach him and was returned undeliverable. (DE # 16.)

"The demand that plaintiffs provide contact information is no esoteric rule of civil procedure, but rather the obvious minimal requirement for pursuing a lawsuit." *Tylicki v. Ryan*, 244 F.R.D. 146, 147 (N.D. N.Y. 2006) (quotation marks and citation omitted). "[L]itigants, including prisoners, bear the burden of filing notice of a change of address . . . ." *Snyder v. Nolen*, 380 F.3d 279, 285 (7th Cir. 2004) (quotation marks omitted).

For these reasons, this case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Date: August 19, 2024

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT