AO 450 (Rev. 01/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## Northern District of Indiana

NATHANIEL BERNARD ODUM
a/k/a Nathaniel Odum;
    Plaintiff
v.      **Civil Action No.**    4:24cv6

MATTHEW SANTERRE, #437;
STEVEN CEBALLOS, #480 a/k/a Steven Olivas;
TURNER, #479;
ANTHROP, #441;
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____ recover from the defendant (*name*) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

**X** other: This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge James T. Moody.

DATE: August 19, 2024      *Chanda J. Berta, Clerk of Court*

                         by   S/ J. Darrah
                               *Signature of Clerk or Deputy Clerk*